preme Court, Appellate Division, First Department. January 8, 1909.) Action by Gustav Obendorfer and another against the city of New York and another. T. Connoly and F. W. Burmeister, for appellants. H. W. Helfer, for respondents. No opinion. Judgment reversed, and complaint dismissed, as to defendant the city of New York, with costs in this court and in the court below. Judgment affirmed, with costs, as to the defendant the Empire State Surety Company. Settle order on notice.

O'BOY, Respondent, v. HIGGINS et al., Appellants. (Supreme Court, Appellate Division, First Department. January 22, 1909.) Action by Helen O'Boy, as administratrix, against James Higgins and another. W. R. Adams, for appellants. R. B. Meyer, for respondent.

PER CURIAM. Judgment and order reversed, and new trial ordered, costs to appellants to abide event, on the ground that the decided weight of the evidence shows that the scaffold in question was an unfinished scaffold in process of erection at the time of the accident, and therefore the defendants were not guilty of negligence. Order filed.

ODELL, Appellant, v. KILLMER, Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Andrew S. Odell, as administrator, etc., of Homer Odell, deceased, against Caroline Killmer. No opinion. Judgment affirmed, with costs.

OETJEN v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Leo Oetjen, an infant, etc., against the City of New York and others. No opinion. Reargument ordered, and case set down for Thursday, January 7, 1909.

OGDEN, Respondent, v. BUTLER BROS.-HOFF CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Leslie M. Ogden against the Butler Bros.-Hoff Company. No opinion. Judgment and order affirmed, with costs.

OGDEN, Respondent, v. O'REILLY et al., Appellants. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by J. Edward Ogden against John O'Reilly and another, copartners, etc. No opinion. Order affirmed, with $10 costs and disbursements.

OLSEN, Respondent, v. BROWN, Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Peter Olsen against Ulysses Brown. No opinion. Judgment of the Municipal Court affirmed, with costs.

In re 105TH ST. (Supreme Court, Appellate Division, First Department. January 15, 1909.) In the matter of 105th street. No opinion. Motion granted. Settle order on notice.

O'NEILL, Appellant, v. WEST SIDE SAV. BANK, Respondent. (Supreme Court, Appellate Division, First Department. December 31, 1908.) Action by John O'Neill against the West Side Savings Bank. J. B. Leavitt, for appellant. C. Haldane, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

O'NEILL v. WEST SIDE SAV. BANK. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by John O'Neill against the West Side Savings Bank. No opinion. Motion denied, with $10 costs. Order filed.

ONESTI, Appellant, v. CENTRAL NEW ENGLAND RY. CO., Respondent. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Luigi Onesti against the Central New England Railway Company. No opinion. Judgment and order unanimously affirmed, with costs. See, also, 121 App. Div. 554, 106 N. Y. Supp. 233.

In re ORTON. (Supreme Court, Appellate Division, Second Department. January 8, 1909.) In the matter of the application of Jesse F. Orton for admission to the bar. No opinion. Application granted.

PAINTON, Respondent, v. CAVANAUGH, Appellant, et al. (Supreme Court, Appellate Division, Third Department. January 6, 1909.) Action by Charles R. Painton, as committee, etc., against Annie B. Cavanaugh, impleaded with others. No opinion. Interlocutory judgment affirmed, with costs, with usual leave to defendant to withdraw demurrer and answer, upon payment of costs in this court and at Special Term.

PANTZER, Appellant, v. SCHMIDT, Respondent. (Supreme Court, Appellate Division, Second Department. January 22, 1909.) Action by George F. Pantzer against Charles Schmidt. No opinion. Judgment of the Municipal Court affirmed, with costs.

PARKER v. BRADY. (Supreme Court, Appellate Division, First Department. January 15, 1909.) Action by Lillian V. Parker against Mary E. Brady. No opinion. Motion granted, with $10 costs. Order filed.

PARVIN, Respondent, v. ABELS-GOLD REALTY CO., Appellant. (Supreme Court, Appellate Division, Second Department. December 30, 1908.) Action by Joseph Parvin against the Abels-Gold Realty Company. No opinion. Judgment of the Municipal Court affirmed, with costs. See. also, 126 App. Div. 329, 110 N. Y. Supp. 582.